UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MENORA MIVTACHIM INSURANCE LTD.,
MENORA MIVTACHIM PENSIONS AND
GEMEL LTD., MENORA MIVTACHIM AND
THE FEDERATION OF ENGINEERS
PROVIDENT FUND MANAGEMENT LTD.,
CLAL INSURANCE COMPANY LTD., CLAL
PENSION AND PROVIDENT LTD., and
ATUDOT PENSION FUND FOR EMPLOYEES
AND INDEPENDENT WORKERS,

                Lead Plaintiffs,

      -against-                            19 **CIVIL** 7536 (NRB)

                                        **JUDGMENT**

INTERNATIONAL FLAVORS &
FRAGRANCES INC., FRUTAROM
INDUSTRIES LTD., ANDREAS FIBIG,
RICHARD A. O'LEARY, ORI YEHUDAI,
ARI ROSENTHAL, ALON GRANOT, GUY
GILL, and AMOS ANATOT,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 30, 2021, the Court grants defendants' motions to dismiss. Plaintiffs' Section 10(b) and Section 20(a) claims are dismissed with prejudice for failure to state a claim. The Court dismisses plaintiffs' Israeli securities law claims because it declines to exercise supplemental jurisdiction over such claims; accordingly, this case is closed.

**Dated:**  New York, New York
       March 31, 2021

                                                **RUBY J. KRAJICK**
                                                   Clerk of Court
                                 **BY:**

                                                     Deputy Clerk